```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 03728
    EVELYN OBERIO
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
        Debtor
    SSN XXX-XX-7830
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

The case was filed on 02/19/2008 and was confirmed 05/15/2008.

The plan was confirmed to pay secured creditors 100% and unsecured creditors 10.00%.

The case was dismissed after confirmation 09/04/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ASSET ACCEPTANCE CORP | UNSECURED | 278.80 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 310.69 | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 4585.00 | .00 | .00 |
| HOLLYWOOD VIDEO | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| MCI | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | REIMBURSEMENT | 55.00 | .00 | 55.00 |
| JAMES LIMPSON | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 3,500.00 | | 83.00 |
| TOM VAUGHN | TRUSTEE | | | 12.00 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:

---

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 150.00 | |
| PRIORITY | | 55.00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 83.00 |
| TRUSTEE COMPENSATION | | 12.00 |
| DEBTOR REFUND | | .00 |
| TOTALS | 150.00 | 150.00 |

         PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 03728 EVELYN OBERIO

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE